IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| **DONNA LOHR,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:11CV134 |
| | ) | |
| **UNITEDHEALTH GROUP, INCORPORATED,** | ) | |
| | ) | |
| Defendant. | ) | |

### RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

On motion of Defendant (Docket No. 8), without opposition by Plaintiff (Docket No. 10), and for reasons identified in Defendant's motion to dismiss,

**IT IS RECOMMENDED** that Defendant's motion to dismiss (Docket No. 8) be granted and that Plaintiff's second and third causes of action be dismissed.

          /s/ P. Trevor Sharp
          United States Magistrate Judge

Date: December 1, 2011